UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORE BRANDS, LLC, F/K/A PANAMAX LLC, Successor-in-Interest by Merger to SPEAKERCRAFT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>E&S CONSULTING EMPORIUM INC., a New York Corporation; CONSUMER AV GROUP, INC., a New York Corporation; EDWARD S. SHTERENGARTS, aka EDDIE BRODSKY, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:12-cv-04563-DSF-JCG<br><br>[PROPOSED] JUDGMENT AMENDED *NUNC PRO TUNC* |

The original Judgment having been entered in this action on February 4, 2013 (Docket No. 28) in favor of SpeakerCraft, LLC is hereby amended, *nunc pro tunc* and effective as of the same date, to substitute Core Brands, LLC in the place and stead of SpeakerCraft, LLC, as the plaintiff and judgment creditor, as follows:

MANDATORY CHAMBERS COPY

This cause having come before the Court on the application of SpeakerCraft, LLC, former plaintiff and predecessor-in-interest to Plaintiff Core Brands, LLC, for Entry of Default Judgment, and the issues having been duly heard and a decision duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that Judgment shall be and is hereby entered in the within action in favor of Plaintiff Core Brands, LLC and against Defendants E&S CONSULTING EMPORIUM INC., a New York Corporation, CONSUMER AV GROUP, INC., a New York Corporation, and EDWARD S. SHTERENGARTS, aka EDDIE BRODSKY, an individual, (collectively, "Defendants") as follows:

1. Defendants are jointly and severally liable for and ordered to pay to Plaintiff Core Brands, LLC damages in the amount of $90,500, plus attorneys' fees in the amount of $5,220, plus costs in the amount of $350, for a TOTAL of $96,070.

2. Defendant E&S CONSULTING EMPORIUM INC., a New York Corporation, is ordered to pay to Plaintiff Core Brands, LLC additional costs in the amount of $792.50.

3. Defendant CONSUMER AV GROUP, INC., a New York Corporation, is ordered to pay to Plaintiff Core Brands, LLC additional costs in the amount of $670.00.

4. Defendant EDWARD S. SHTERENGARTS, aka EDDIE BRODSKY, an individual, is ordered to pay to Plaintiff Core Brands, LLC additional costs in the amount of $235.90.

5. Post-judgment interest shall accrue on the foregoing amounts pursuant to 28 U.S.C. § 1961(a).

6. Defendants are hereby ENJOINED from infringing upon Plaintiff Core Brands, LLC's copyright registration numbers VA0001801592, TX0007479155, and TX0007551259. Defendants are also hereby ORDERED to deliver up for destruction all labels, signs, prints, packages, wrappers, receptacles, and advertisements in the possession of Defendants bearing the trademarks registered to Core Brands, LLC under Registration Numbers 2295065, 3095367, and 3095378 (the "Core Brands Mark"), as

well as all plates, molds, matrices, and other means of making the same. Defendants, and their officers, members, managers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through or under them are hereby further ENJOINED from:

    a. using the Core Brands Mark in any manner in connection with the advertising, offering for sale, or of any product not authorized by Plaintiff Core Brands, LLC to be sold in connection with the Core Brands Mark;

    b. committing any acts calculated to cause purchasers to believe that Defendants' products are those sold and installed under the control, supervision, and/or regulation of Plaintiff Core Brands, LLC, or sponsored or approved by, or connected with, or warranted or guaranteed by Plaintiff Core Brands, LLC;

    c. otherwise competing unfairly with Plaintiff Core Brands, LLC in any manner; and

    d. shipping, delivering, distributing, returning, or otherwise disposing of, in any manner other than as specified above, products or inventory not authorized by Plaintiff Core Brands, LLC to be sold or offered for sale, and which bear the Core Brands Mark.

**IT IS SO ORDERED.**

DATED: 5-16-13

Hon. Dale S. Fischer,
United States District Judge